# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 13, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 24-30407    USA v. Kirk
USDC No. 3:19-CR-115-1

The court has granted an extension of time to and including November 8, 2024 for filing appellant's pro se Anders response in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Peter A. Conners, Deputy Clerk
504-310-7685

Ms. Kristen Craig
Ms. Mary Patricia Jones
Mr. Victor Clark Kirk
Mr. Jeremy Raymond Sanders
Mr. Dustin Charles Talbot